| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Go Lawn Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-1051645

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9841 Boggy Creek Road** <br> **Orlando, FL 32824** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.golawns.com

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Go Lawn Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Go Lawn Inc.**    Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Go Lawn Inc.**                                            Case number (*if known*)
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 17, 2017**
              MM / DD / YYYY

**X** **/s/ Howard Schwartz**                               **Howard Schwartz**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Eric A. Lanigan**                               Date   **July 17, 2017**
Signature of attorney for debtor                                   MM / DD / YYYY

**Eric A. Lanigan**
Printed name

**Lanigan & Lanigan PL**
Firm name

**831 W. Morse Blvd**
**Winter Park, FL 32789**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 740-7379**        Email address   **Roddy.Lanigan@Laniganpl.com**

_____
Bar number and State

Fill in this information to identify the case:
Debtor name  **Go Lawn Inc.**
United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Brentwood Nursery III<br>6832 Narcoossee Road<br>Orlando, FL 32822 | | Landscaping material | | | | $21,304.00 |
| CBSG<br>141 N. 2nd St.<br>Philadelphia, PA 19106 | | Business Loan | | | | $272,000.00 |
| DMKA LLC<br>1115 Broadway<br>New York, NY 10010 | | Business Loan | | | | $27,187.00 |
| Ewing<br>3441 E. Harbour Dr.<br>Phoenix, AZ 85034 | | | | | | $17,079.00 |
| First Nat'l Yadkin Bank<br>4140 E. State St.<br>Hermitage, PA 16148 | cannonn@fnb-corp.com | Over 90 days old: Receivables from ongoing operations | | $65,322.49 | $27,342.00 | $37,980.49 |
| First Nat'l Yadkin Bank<br>4140 E. State St.<br>Hermitage, PA 16148 | cannonn@fnb-corp.com | 90 days or less: Receivables from ongoing business operations | | $1,404,728.92 | $217,772.00 | $1,186,956.92 |
| FIS Outdoor<br>300 Central Park Dr.<br>Sanford, FL 32771 | | Irrigation system parts | | | | $16,138.00 |
| HOP Capital<br>1022 Avenue M<br>Brooklyn, NY 11230 | | Business Loan | | | | $50,000.00 |
| Howard Fertilizer & Chemical<br>PO Box 628202<br>Orlando, FL 32862 | | Fertilizer | | | | $5,300.00 |
| iMulchFL, Inc.<br>210 Tubbs St., #569<br>Oakland, FL 34760 | | Landscaping material | | | | $26,300.00 |

Debtor **Go Lawn Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JKL Landscaping Supply**<br>12049 S. Orange Blossom Trl.<br>Orlando, FL 32837 | | **Landscape material** | | | | $31,518.12 |
| **John Deere Financial**<br>PO Box 650215<br>Dallas, TX 75265 | | | | | | $19,015.00 |
| **Kabbage**<br>925B Peachtree St. N.E.<br>Ste. 1688<br>Atlanta, GA 30309 | | **Business Loan** | | | | $48,606.00 |
| **Last Chance Funding**<br>411 Hempstead Turnpike<br>West Hempstead, NY 11552 | | **Business Loan** | | | | $13,700.00 |
| **National Funding Inc.**<br>9820 Towne Center Dr., #200<br>San Diego, CA 92121 | | **Business Loan** | | | | $38,667.00 |
| **Orange County Florida**<br>PO Box 545100<br>Orlando, FL 32854 | | | | | | $15,089.61 |
| **Site One**<br>5340 Old Winter Garden Rd.<br>Orlando, FL 32811 | | | | | | $6,966.00 |
| **West Lake financial**<br>PO Box 54807<br>Los Angeles, CA 90054 | | **2007 Ford F150** | | $7,785.34 | $7,500.00 | $285.34 |
| **Yellowstone Capital**<br>30 Broad Street, #1462<br>New York, NY 10004 | | **Business Loan** | | | | $18,440.00 |

Go Lawn Inc.
9841 Boggy Creek Road
Orlando, FL 32824

Howard Fertilizer & Chemical
PO Box 628202
Orlando, FL 32862

Orange County Florida
PO Box 545100
Orlando, FL 32854

Eric A. Lanigan
Lanigan & Lanigan PL
831 W. Morse Blvd
Winter Park, FL 32789

iMulchFL, Inc.
210 Tubbs St., #569
Oakland, FL 34760

Site One
5340 Old Winter Garden Rd.
Orlando, FL 32811

Brentwood Nursery III
6832 Narcoossee Road
Orlando, FL 32822

JKL Landscaping Supply
12049 S. Orange Blossom Trl.
Orlando, FL 32837

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799

CBSG
141 N. 2nd St.
Philadelphia, PA 19106

John Deere Credit
P.O. Box 650215
Dallas, TX 75265-0215

West Lake financial
PO Box 54807
Los Angeles, CA 90054

DMKA LLC
1115 Broadway
New York, NY 10010

John Deere Financial
PO Box 650215
Dallas, TX 75265

Yellowstone Capital
30 Broad Street, #1462
New York, NY 10004

Ewing
3441 E. Harbour Dr.
Phoenix, AZ 85034

Kabbage
925B Peachtree St. N.E.
Ste. 1688
Atlanta, GA 30309

First Nat'l Yadkin Bank
4140 E. State St.
Hermitage, PA 16148

Last Chance Funding
411 Hempstead Turnpike
West Hempstead, NY 11552

FIS Outdoor
300 Central Park Dr.
Sanford, FL 32771

National Funding Inc.
9820 Towne Center Dr., #200
San Diego, CA 92121

HOP Capital
1022 Avenue M
Brooklyn, NY 11230

Northwest Fed. C.U.
PO Box 1229
Leesburg, VA 20177

# United States Bankruptcy Court
## Middle District of Florida

In re  **Go Lawn Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Go Lawn Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charles Schwartz**
**1322 Mycroft Drive**
**Cocoa, FL 32926**

**Howard Schwartz**
**1322 Mycroft Drive**
**Cocoa, FL 32926**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 17, 2017** | **/s/ Eric A. Lanigan** |
| Date | **Eric A. Lanigan** |
| | Signature of Attorney or Litigant |
| | Counsel for **Go Lawn Inc.** |
| | **Lanigan & Lanigan PL** |
| | **831 W. Morse Blvd** |
| | **Winter Park, FL 32789** |
| | **(407) 740-7379 Fax:(407) 740-6812** |
| | **Roddy.Lanigan@Laniganpl.com** |